FILED                    FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AUG 23 PM 5: 56

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

JOANNA INGALLS,

    Plaintiff,

                             Case No. _3:11-cv-848-J-32JRK_

v.

ZAKHEIM & ASSOCIATES, P.A. and
DISCOVER BANK,

    Defendants.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

    COMES NOW the Plaintiff, JOANNA INGALLS, by and through undersigned counsel, and files this Complaint against the Defendant ZAKHEIM & ASSOCIATES and alleges as follows:

### JURISDICTION

    1.  Jurisdiction of this Court arises under 28 U.S.C. 1331 and pursuant to 15 U.S.C. 1692k(d), and pursuant to 28 U.S.C. 1367 for pendent state law claims.

    2.  This action arises out of Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA"), the Florida Consumer Collection Practices Act ("FCCPA"), Section 559.55 et seq. of the Florida Statutes, by these Defendants in their illegal and otherwise wrongful efforts to collect a consumer debt from Plaintiff.

    3.  Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transact business here.

### PARTIES

    4.  Plaintiff JOANNA INGALLS is a natural person who resides in St. Augustine, Saint Johns County, Florida and is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. 1692a(3) and the FCCPA, Sections 559.22(2),

5.   Upon information and belief, Defendant ZAKHEIM & ASSOCIATES, P.A. (hereinafter "Defendant Zakheim") is a Florida professional association operating from an address of 1045 South University Drive, Suite 202, Plantation, Florida 33324, and is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. 1692a(6) and the FCCPA, Section 559.55(6).

6.   Upon information and belief, Defendant DISCOVER BANK is a and is a "creditor" as that term is defined by the 559.55(3) of the FCCPA.

## FACTUAL ALLEGATIONS

7.   Some time in 1989, Plaintiff opened a credit account, account number ending in 9453,  with Defendant DISCOVER which was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by U.S.C. 1692a(5) and Section 559.55(1), Fla. Stat. (The balance allegedly owed on the account is hereinafter referred to as "the debt").

8.   Some time in 2009, the debt became delinquent and Defendant DISCOVER consigned, placed or otherwise transferred the debt to a collection agency called Integrity Financial Partners, Inc. ("Integrity") for collection from this Plaintiff.

9.   On or about March 30, 2009 Integrity sent Plaintiff a letter offering to settle the debt in full in exchange for five monthly payments totaling $4,000.00.  (See letter from Integrity attached hereto as Exhibit A, hereinafter referred to as "the settlement agreement").

10.   Integrity represented itself as an agent of Discover and specifically stated that they had "been authorized by Discover" to enter into the settlement agreement.

11. Plaintiff made each and every payment due under the settlement agreement with Integrity. All payments were made on a timely basis via ACH withdrawal from the Plaintiff's personal bank account (see copies of negotiated

payments attached hereto as composite Exhibit B).

12. In July 2009, Defendant Discover reported on the Plaintiff's consumer credit reports with Experian, Equifax and Transunion (hereinafter referred to as "the credit reporting agencies") that the debt had been "legally paid in full for less than full balance." (See pages of Plaintiff's credit reports attached hereto as Exhibit C).

13. Despite Plaintiff's having paid the agreed-upon settlement in full, and despite Defendant Discover's clear knowledge of the settlement evidenced by their reporting to the credit agencies in July 2009, Defendant Discover nevertheless consigned, placed or otherwise transferred the debt to Defendant Zakheim for collection from the Plaintiff.

14. On or about October 28, 2009 Defendant Zakheim sent Plaintiff a letter stating that they were acting as the agent for Discover in attempting to collect the debt.

15. On or about October 29, 2009, Defendant Zakheim obtained a copy of the Plaintiff's consumer report from Experian. (See page of Plaintiff's Experian credit report attached hereto as Exhibit D). **The Experian report stated that the Discover debt had been "legally paid in full for less than full balance."** (See Exhibit C previously referenced).

16. On or about November 23, 2009 the Plaintiff provided written notice to Defendant Zakheim that they had previously paid the debt (attached hereto as Exhibit E).

17. Despite being provided with clear evidence that the debt was settled in both the Experian report and the Plaintiff's correspondence, on or about January 13, 2010 Defendant Zakheim sent Plaintiff a letter stating that "our client has verified that the debt is due and owing" (see letter attached hereto as Exhibit F).

18.  Despite the Plaintiff's complete compliance with the Settlement Agreement, dispute of the continued assertion of the debt, and Defendant Zakheim's obvious knowledge that Discover was reporting the debt to Experian as paid in full, on or about August 23, 2010 a lawsuit was filed against the Plaintiff in St. Johns County Circuit Court, Case Number CA10-2321, for the full Discover debt (see Complaint attached hereto as Exhibit G).

19.  The lawsuit sought $19,763.71 for "purchases of various and diverse consumer goods and/or....cash advances through the use of his credit account obtained from the Plaintiff on account number XXXXXXXXXXXX9453."

20.  The lawsuit was personally served on the Plaintiff at her home on September 8, 2010.

21.  These actions by the Defendants were made in violation of numerous and multiple provisions of the FDCPA, including but not limited to 15 U.S.C 1692(e), 1692e(5), 1692e(10), and 1692f, among others, the FCCPA, including but not limited to Section 559.72(5), (6), and (9), and or the FDUTPA.

22.  The above-detailed conduct by these Defendants of harassing Plaintiff in an effort to collect this debt was a violation of numerous and multiple provisions of the FDCPA and FCCPA, as well as an invasion of Plaintiff's privacy by an intrusion upon seclusion and resulted in actual damages to this Plaintiff.

23.  Defendants' illegal conduct in attempting to collect a debt that was paid and/or settled, and therefore not legitimately owed, as more fully described above, were the direct and proximate cause of emotional distress on the part of Plaintiff.

24.  Plaintiff has suffered actual damages as a result of these Defendants' attempts to enforce a debt not owed. These damages include anger, disbelief, anxiety, emotional distress, fear, frustration, upset, humiliation, embarrassment, loss of time and unjustified and abusive invasions of personal privacy.

25.    Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable.

## CLAIMS FOR RELIEF

## COUNT I- VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT BY DEFENDANT ZAKHEIM & ASSOCIATES

### 15 U.S.C. §1692 et seq.

26.    Plaintiff re-alleges paragraphs 1-25 as if fully set forth herein.

27.    The foregoing acts and omissions of Defendant ZAKHEIM and its agents constitute numerous and multiple violations of the FDCPA, including, but not limited to each every one of the above-cited provisions of the FDCPA, 15 U.S.C. §1692 et seq., with respect to Plaintiff.

28.    As a result of each of Defendant ZAKHEIM's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. §1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. §1692k(a)(3).

## COUNT II-VIOLATIONS OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT BY DEFENDANT ZAKHEIM & ASSOCIATES

### Section 559.55 et seq., Fla.  Stat.

29.    Plaintiff re-alleges paragraphs 1-25 as if fully set forth herein.

30.    The foregoing acts and omissions of Defendant ZAKHEIM constitute numerous and multiple violations of the FCCPA including, but not limited to, violation of Section 559.72(9), with respect to Plaintiff.

31.    As a result of each of Defendant ZAKHEIM's violations of the FCCPA, Plaintiff is entitled to actual damages and statutory damages in an amount up to $1,000.00 and reasonable attorney's fees and costs pursuant to Section 559.77 from Defendant ZAKHEIM.

32. Additionally, Section 559.77 provides that a court may award punitive

damages as well as equitable relief to Plaintiff such as enjoining further illegal collection activity.

## COUNT III-VIOLATIONS OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT BY DEFENDANT DISCOVER BANK

### Section 559.55 et seq., Fla. Stat.

33. Plaintiff re-alleges paragraphs 1-25 as if fully set forth herein.

34. The foregoing acts and omissions of Defendant DISCOVER constitute numerous and multiple violations of the FCCPA including, but not limited to, violation of Section 559.72(9), with respect to Plaintiff.

35. As a result of each of Defendant DISCOVER's violations of the FCCPA, Plaintiff is entitled to actual damages and statutory damages in an amount up to $1,000.00 and reasonable attorney's fees and costs pursuant to Section 559.77 from Defendant DISCOVER.

36. Additionally, Section 559.77 provides that a court may award punitive damages as well as equitable relief to Plaintiff such as enjoining further illegal collection activity.

## COUNT IV-VIOLATIONS OF THE FLORIDA DECEPTIVE & UNFAIR TRADE PRACTICES ACT BY DEFENDANT ZAKHEIM & ASSOCIATES

### Section 501.201 et seq., Fla. Stat.

37. Plaintiff re-alleges paragraphs 1-25 as if fully set forth herein.

38. This is an action for damages and an injunction for violation of the Florida Deceptive and Unfair Trade Practices Act (FDUTPA) against Defendant ZAKHEIM for the attempted collection of debt not owed.

39. Defendant ZAKHEIM is engaged in "trade or commerce" as a debt collector of consumer debts in Florida within the meaning of the FDUTPA. See Fla. Stat. §501.203(8).

40. Under the FDUTPA, ZAKHEIM is prohibited from engaging in unfair,

deceptive or unconscionable acts or practices in the conduct of its consumer transactions.

41.   In an attempt to collect a debt allegedly owed to a client, ZAKHEIM has improperly acted in an illegal manner more particularly described in paragraphs ., infra.

42.  ZAKHEIM's violations of the Florida Consumer Collection Practices Act, as particularly described in Count II, and its violations of the Fair Debt Collections Practices Act, as particularly described in Count I, are unfair, deceptive and unconscionable acts also in violation of FDUTPA.

43.   As a direct result of Defendant ZAKHEIM's unfair, deceptive and/or unconscionable practices, the Plaintiff has been damaged in that she has been subjected to illegal collection activities.

44. It has been necessary for the Plaintiff to retain counsel in order to prosecute civil litigation claims based upon the FDUTPA, and she has agreed to a reasonable fee for counsel's services. Pursuant to Fla. Stat. §§501.2105 and 501.211, the Plaintiff is entitled to reimbursement from Zakheim for attorney's fees and costs incurred in the prosecution of this case.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against each and every Defendant:

### COUNT I

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. 1692 et seq.

• For an award of actual damages pursuant to 15 U.S.C. 1692k(a)(1) against Defendant ZAKHEIM;

• For an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. 1692k(a)(2)(A) against Defendant ZAKHEIM;

• For an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. 1692k(a)(3) against Defendant ZAKHEIM;

• For other such relief as this Court deems just and proper.

## COUNT II

## VIOLATIONS OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT
### Section 559.55 et seq., Fla. Stat.

• For an award of actual damages pursuant to Section 559.77 against each and every Defendant;

• For an award of statutory damages of $1,000.00 pursuant to Section 559.77 against each and every Defendant;

• For an award of costs of litigation and reasonable attorneys fees pursuant to Section 559.77against each and every Defendant; and

• For other such relief as this Court deems just and proper.

## COUNT III

## VIOLATIONS OF THE FLORIDA DECEPTIVE & UNFAIR TRADE PRACTICES ACT
### Section 501.201 et seq., Fla. Stat.

• For an award of actual damages pursuant to Section 501.211 against Defendant ZAKHEIM;

• For an award of costs of litigation and reasonable attorneys fees pursuant to Section 501.211 against Defendant ZAKHEIM; and

• For other such relief as this Court deems just and proper.

## COUNT III

## VIOLATIONS OF THE FLORIDA DECEPTIVE & UNFAIR TRADE PRACTICES ACT
### Section 501.201 et seq., Fla. Stat.

• For an award of actual damages pursuant to Section 501.211 against Defendant DISCOVER;

• For an award of costs of litigation and reasonable attorneys fees pursuant to Section

501.211 against Defendant DISCOVER; and

• For other such relief as this Court deems just and proper.

Respectfully submitted,

**EMERY LAW OFFICES**
2700-C University Boulevard West
Jacksonville, FL 32217
904-610-5710 (phone)
emerylawoffices@gmail.com
By: **/s/ Alison N. Emery**
Fla. Bar No. 0621641

Ms. Chris Tucker

# Integrity
Financial Partners, Inc.

4370 W. 109th Street, Suite 100
Overland Park, KS 66212
Local Phone: (913) 312-3333

Toll Free: (866)949-6812

March 30, 2009

Joann M. Ingalls



Creditor: Discover
Account #:
Balance Due: $23,763.71

Dear Joann M. Ingalls,

Integrity Financial Partners, Inc. has been authorized by Discover to accept $4000.00 as settlement in full of the above mentioned account.

Please see that the settlement funds are represented in our office with the following dates:

$3600.00 dated for 03/31/09 ✓ 3/31   9300
$100.00 dated for 04/30/09   4/24   9301
$100.00 dated for 05/30/09   5/15   9302
$100.00 dated for 06/30/09   6/18   9303
$100.00 dated for 07/30/09   7/15   9304

We are not obligated to renew this offer.

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

**Hours of Operation:** Monday through Friday: 8:00 AM CT to 8:00 PM CT

Exhibit H

Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.



Exhibit B

Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.



Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.



Generated by Foxit   Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.



Generated by Foxit    Creator  Foxit Software
http://www.foxitsoftware.com  For evaluation only.

*061000141*
07/16/2009
6216946269

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

[061000383
6820756515

LARRY AND JOANN S H INGALLS                          Check No. 9304

                                                           July 15, 2009

Pay To The
Order Of   DFS SERVICES LLC                              $ 100.00

One Hundred and 00/100                                      DOLLARS

REGIONS BANK
1312 BILL SPARKS RD. VALRICO FL

For Account# 216942                        LARRY AND JOANN S H INGALLS
                                           Imagin Financial Partners
                                           Any Question, Call (913) 312-3333

*063104656*006 2177826*9304                      *000010000*

*000010000*

REGIONS BANK  07/16
...06227946

5000520812

6820756515

Bank of Blue Valley
Overland Park, KS

↓Do not endorse or write below this line.↓

**DISCOVER FINANCIAL SVCS LLC**

| Address: | Account Number: | |
|---|---|---|
| PO BOX 15316 | | |
| WILMINGTON, DE 19850 | | |
| (800) 347-2683 | | |

**Address Identification Number:**
0551287167

**Status:** Paid in settlement. $23,763 written off.

**Status Details:** This account is scheduled to continue on record until May 2015.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 02/2007 | Revolving | NA |
| Reported Since: | Terms: | High Balance: |
| 02/2007 | NA | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 07/2009 | $0 | NA |

Exhibit C

| DISCOVER FINANCIAL S | 601100427382XXXX | 02/2007 | $0 | 10/2010 | PAYS AS AGREED | $20,000 |

DISCOVER CARD

12 Reads Way
New Castle, DE-197201649
(800) 347-2683

| Account Number: | 601100427382XXXX | Current Status: | PAYS AS AGREED |
|---|---|---|---|
| Account Owner: | Individual Account. | High Credit: | $23,763 |
| Type of Account 乙: | Revolving | Credit Limit: | $20,000 |
| Term Duration: | | Terms Frequency: | Monthly (due every month) |
| Date Opened: | 02/2007 | Balance: | $0 |
| Date Reported: | 10/2010 | Amount Past Due: | |
| Date of Last Payment: | 07/2009 | Actual Payment Amount: | |
| Scheduled Payment Amount: | | Date of Last Activity: | 07/2009 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 44 |
| Creditor Classification: | | Activity Description: | Paid and Closed |

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| Charge Off Amount: | | | | Deferred Payment Start Date: | | | |
| Balloon Payment Amount: | | | | Balloon Payment Date: | | | |
| Date Closed: | 01/2009 | | | Type of Loan: | | Credit Card | |
| Date of First Delinquency: | N/A | | | | | | |
| Comments: | Account paid for less than full balance | | | | | | |

81-Month Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 | CO | CO | CO | CO | CO | CO | CO | CO | CO | | | |
| 2009 | 180 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2008 | • | • | • | • | • | • | • | 30 | 60 | 90 | 120 | 150 |
| 2007 | | • | • | • | • | • | • | • | • | • | • | • |

Address:
1000 ALDERMAN DR
ALPHARETTA GA 30005
*No phone number available*

Date of Request:
03/05/2010

Comments:
On behalf of MAPFRE INS CO FLORI AGEN for Insurance underwriting

## ZAKHEIM AND ASSOCIATES

Address:
1045 S UNIVERSITY DR STE 202
PLANTATION FL 33324
*No phone number available*

Date of Request:
10/29/2009

## CHASE BANK USA,NA

Address:
PO BOX 24696
COLUMBUS OH 43224
(800) 848-9136

Date of Request:
11/17/2008

## USAA FEDERAL SAVINGS BANK

Address:
PO BOX 33009
SAN ANTONIO TX 78265
(800) 531-8722

Date of Request:
11/08/2008

## EXPERIAN

Address:
PO BOX 9600
ALLEN TX 75013
*No phone number available*

Date of Request:
03/30/2007

## Personal Information

back to top

The following information is reported to us by you, your creditors and other sources. Each source may report your personal info differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud prevention efforts, a notice with additional information may appear. As a security precaution, we did not list the Social Security number that you provided when you contacted us. If any Social Security number variations were reported to us, only the last four digits of each are displayed. Numbers that appear here vary from the number you used to generate this report. Actual differences in these numbers may be part of the displayed portion or part of the hidden portion. The names are listed in no particular order and may include variations of your legal name. The Name identification number is how our system identifies the names associated with respective accounts on your credit report. These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address. The Geographical Code shown with each

Exhibit D

To Whom it May Concern,

My debt was satisfied based on the terms set up by Integrity Financial Partners, Inc on March 30th 2009.

I have enclosed the payment amount set up, and the acceptance of the pay out to Discover. There for your collection actions are in Dispute! I consider this matter Closed.

Sincerely,

Joanna M. Szally

NoV 23, 2009

Exhibit E

*Law Offices of*
## ZAKHEIM & ASSOCIATES
A PROFESSIONAL ASSOCIATION
1045 SOUTH UNIVERSITY DRIVE
SUITE 202
PLANTATION, FLORIDA 33324

SCOTT C. ZAKHEIM*
*ALSO MEMBER OF N.Y. BAR
FLYNN LA VRAR
RICHARD BATTAGLINO
SASHA HARO
KIMBERLEE J. OTIS
DANIELLA M. DIAZ

TELEPHONE: (954) 735-4455
FAX: (954) 735-0227
WWW.ZAKHEIMLAW.COM

January 13, 2010

Joanna M Ingalls

▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬

RE: DISCOVER BANK / Joanna M Ingalls
Account Number: ▬▬▬▬▬▬▬
Our File Number: 3000375902.001
Current Balance: 19763.71, less applicable rebate and/or subsequent payments,
      if any; plus interest

Dear Joanna M Ingalls:

    In regard to your dispute of the above-referenced debt, please be advised that a lawyer in this office has reviewed the information in your file. In addition, we have been in contact with our client concerning the dispute.

    Our client has verified that the debt is due and owing in the amount set forth above. Furthermore, our client has sent the enclosed documents as further verification of the debt. Please be advised that these documents are those of our client, they were not prepared in our office.

            Very truly yours,
            ZAKHEIM & ASSOCIATES, P.A.

            Sasha Haro, Esq.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.



IN THE CIRCUIT COURT FOR THE 7TH
JUDICIAL CIRCUIT IN AND FOR ST JOHNS
COUNTY, FLORIDA

CASE NUMBER:

DISCOVER BANK

  c/o 6500 NEW ALBANY RD E
NEW ALBANY OH 43054-8730
         Plaintiff,
vs.

Joanna M Ingalls

         Defendant.
_____/

## COMPLAINT

The Plaintiff sues the Defendant and alleges:

### COUNT I-OPEN ACCOUNT

1. This is an action for damages which exceed $15,000.00.
2. The Defendant made purchases of various and diverse consumer goods and/or effected cash advances through the use of his credit account obtained from the Plaintiff on account number ███████████████
3. Defendant has failed to pay the balance due on the account.
4. Defendant(s) owe(s) the Plaintiff $19763.71 that is due with interest according to the attached account (Exhibit A).
   WHEREFORE, Plaintiff demands judgment against the Defendant(s) for damages of $19763.71 and any further relief this court deems just and proper.

### COUNT II-ACCOUNT STATED

5. Plaintiff repeats and realleges the allegations of paragraph 1 and 2 as if fully set forth herein.
6. Before the institution of this action Plaintiff and Defendant had business transactions between them and they agreed to the resulting balance.
7. Plaintiff rendered a statement of account to Defendant and Defendant did not object to the statement.
8. Defendant(s) owe(s) the Plaintiff $19763.71 that is due with interest according to the attached account (Exhibit A).
   WHEREFORE, Plaintiff demands judgment against the Defendant(s) for damages of $19763.71 and any further relief this court deems just and proper.

        ZAKHEIM & ASSOCIATES, P.A.
        ATTORNEY FOR PLAINTIFF
        1045 S. UNIVERSITY DR., STE. #202
        PLANTATION, FL 33324
        954/735-4455



        By_____
        Kimberlee J. Otis, Esquire - Fla Bar No. 67987

330

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

Exhibit G

JJL Process Corp
Jacksonville FL



15 SDSNSA01 0001599
**JOANNA INGALLS**

████████████████████ 9

Will your payment get to us on time? Pay
your bill online and your payment can be
made to your account on the same day. Visit
**Discover.com/payments** today.

Address, e-mail or telephone change? Print change in space
above, or go to Discover.com. Print your e-mail address to
receive important Account information and special offers.

PO BOX 6103
CAROL STREAM IL 60197-6103

## Discover Open Road Card Account Summary

Closing Date: July 15, 2009                          page 1 of 1

| | | | |
|---|---|---|---|
| Account number ending in | 9453 | Previous Balance | $19,863.71 |
| Payment Due Date | August 10, 2009 | Payments And Credits | 100.00 |
| Minimum Payment Due | $3,094.00 | Purchases + | 0.00 |
| Credit Limit | $20,000.00 | Cash Advances + | 0.00 |
| Credit Available | $0.00 | Balance Transfers + | 0.00 |
| Cash Credit Limit | $10,000.00 | Finance Charges + | 0.00 |
| Cash Credit Available | $0.00 | New Balance = | $19,763.71 |

### _Cashback Bonus_
### Gas & Auto

| | | |
|---|---|---|
| Opening Cashback Bonus Balance | $ | 0.00 |
| New Cashback Bonus This Period | + | 0.00 |
| Cashback Bonus Balance | $ | 0.00 |

Cashback Bonus® Anniversary
Date: February 15

### How Can We Help You?
### It's your choice - 3 ways to help

Please have your Discover Card available.
For TDD (assistance for hearing impaired) see reverse side

1. Visit Discover.com to pay your bill for no cost, view your latest Account information, earn and redeem rewards and more
2. Call 1-800-DISCOVER (347-2683) for fast, easy self-service options or to speak with a Customer Service Account Manager
3. Write us at Discover Card, PO Box 30943, Salt Lake City, UT 84130

## Transactions

$0 Fraud Liability Guarantee Use your Discover Card with confidence.

| | Trans. Date | Post Date | | |
|---|---|---|---|---|
| Payments and Credits | Jul 15 | Jul 15 | PAYMENT - THANK YOU | $ -100.00 |

## Finance Charge Summary

| | Average Daily Balances | Daily Periodic Rates | Nominal ANNUAL PERCENTAGE RATES | ANNUAL PERCENTAGE RATES | Periodic FINANCE CHARGES | Transaction Fee FINANCE CHARGES |
|---|---|---|---|---|---|---|
| current billing period: 30 days | | | | | | |
| Purchases | $0 | 0.07942% | 28.99% F | 28.99% | $0 | $0 |
| Cash Advances | $0 | 0.07942% | 28.99% F | 28.99% | $0 | $0 |

The rates that apply to your Account are either fixed (F) or they may vary (V) as noted above.

**ATTORNEY:**      Zakheim & Associates, P.A.
**ACCOUNT NUMBER:**
**BALANCE:**      $19,763.71
**CARDMEMBER (S):**      JOANNA M INGALLS

STATE OF OHIO
COUNTY OF FRANKLIN

Yvette Benner, personally appeared before me, this day and after being duly sworn, according to law, upon his/her oath and says:

I am a Legal Placement Account Manager for **DFS SERVICES LLC.**, the servicing agent of DISCOVER BANK, an FDIC insured Delaware State Bank.

THAT this affidavit is made on the basis of my personal knowledge and in support of Plaintiff's suit on account against the Debtor(s)

THAT, in my capacity as Legal Placement Account Manager, I have control over and access to records regarding the Discover Card Account of the above referenced Debtor(s), further, that I have personally inspected said Account and statements regarding the balance due on said account. DFS SERVICES LLC. maintains these records in the ordinary course of business.

THAT the annexed statement of account is a true and correct statement of what is now due and owing Discover Bank on the account, and exhibit A is a copy of the Cardmember Agreement between Discover Bank and the above referenced Debtor(s). The Cardmember Agreement governs the terms and conditions of the relationship between Discover Bank and the Debtor(s) in connection with the account.

Based on my review of the account records, to the best of my knowledge and belief the above referenced Debtor(s) is not engaged in the military service of the United States and is a resident of the State and of the Country in which this action has been filed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_Yvette Benner_
           Affiant

Sworn and Subscribed before me,
This day of Wednesday, November 25, 2009.

_Tiffany Adair_
NOTARY

**TIFFANY ADAIR**
Notary Public, State of Ohio
My Commission Expires
June 23, 2014